IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO:   1:17-CR-00051

JAMES L. LAURITA, JR.

NOTICE OF APPEARANCE

John A. Carr and John A. Carr, Attorney at Law, PLLC, hereby announces to the Court and to the parties that John A. Carr has been retained to represent the Defendant, **JAMES L. LAURITA, JR.**

s/ John A. Carr
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail:  jcarr@jcarrlaw.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**UNITED STATES OF AMERICA**

V.  **CASE NO:   1:17-CR-00051**

**JAMES L. LAURITA, JR.**

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing **"Notice of Appearance"** was served with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Jarod J. Douglas
Assistant United States Attorney
PO Box 591
Wheeling, WV  26003

Date:  September 19, 2017

s/ John A. Carr
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail:  jcarr@jcarrlaw.com

2